# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES R. ZEE  
132 WINGTIP WAY  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-9285

Case Number: 07-70319

Case filed on: 2/16/2007  
Plan Confirmed on: 4/20/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,015.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,000.00 | 0.00 |
| 002 | VALERIE ZEE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JAMES R. ZEE | 0.00 | 0.00 | 267.00 | 0.00 |
| 999 | JAMES R. ZEE | 0.00 | 0.00 | 267.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 534.00 | 0.00 |
| 001 | GMAC | 9,356.28 | 9,356.28 | 7,649.25 | 1,040.69 |
| 011 | BRAD HYLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,356.28 | 9,356.28 | 7,649.25 | 1,040.69 |
| 003 | ECAST SETTLEMENT CORPORATION | 189.79 | 189.79 | 0.00 | 0.00 |
| 004 | CARLE CLINIC ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 17,866.98 | 17,866.98 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 9,859.68 | 9,859.68 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 1,632.78 | 1,632.78 | 0.00 | 0.00 |
| 008 | GREENLEE & KREITLOW | 3,470.29 | 3,470.29 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 211.52 | 211.52 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 438.45 | 438.45 | 0.00 | 0.00 |
| 012 | VALERIE ZEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 8,161.91 | 8,161.91 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 6,033.32 | 6,033.32 | 0.00 | 0.00 |
| 015 | CAPTIAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 47,864.72 | 47,864.72 | 0.00 | 0.00 |
|  | Grand Total: | 59,721.00 | 59,721.00 | 10,183.25 | 1,040.69 |

Total Paid Claimant: $11,223.94  
Trustee Allowance: $791.06  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/23/2009          By  /s/Heather M. Fagan